# United States District Court
# Eastern District of California

Manuel Perez de Corcho Medina

Plaintiff(s)

V.

Christopher Chestnut, et all

Defendant(s)

Case Number: 1:26-cv-04956-NW ~~1:26-at-2611~~

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jannette Pineiro hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Manuel Perez de Corcho Medina

On 06/17/2019 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Barrios Sifonte v. Allen, Case No. 1:26-at-2610, applied 06/28/2026, status pending

Date: 06/28/2026

Signature of Applicant: /s/ Jannette Pineiro

**Pro Hac Vice Attorney**

Applicant's Name: Jannette Pineiro

Law Firm Name: Jannette Pineiro, PA

Address: 18191 NW 68 Ave

Suite 212

City: Hialeah State: FL Zip: 33015

Phone Number w/Area Code: 786-905-9555

City and State of Residence: Miami, Florida

Primary E-mail Address: Jpineiropa@gmail.com

Secondary E-mail Address: jannette@pineiropalaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vanessa Molina (SBN 325672)

Law Firm Name: The Law Office of Vanesa Molina

Address: 1530 Lancaster Point Way

City: San Diego State: CA Zip: 92154

Phone Number w/Area Code: (619) 790-4300 Bar # (SBN 325672)

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 23, 2026

JUDGE, U.S. DISTRICT COURT